### SISKIYOU REGIONAL EDUCATION PROJECT; et al., Plaintiffs—Appellants,

v.

### Linda GOODMAN, Regional Forester; et al., Defendants—Appellees,

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Clr Timber Holdings, Inc.; et al.,
Defendants—Intervenors—
Appellees.

No. 04–35749.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 10, 2005.*

Decided Jan. 13, 2005.

Andrea K. Rodgers, Esq., Eugene, OR, for Plaintiffs–Appellants.

Todd D. True, Esq., Kristen L. Boyles, Esq., Seattle, WA, Marc D. Fink, Esq., Boise, ID, for Plaintiffs–Appellants and Defendants–Appellees.

Lisa E. Jones, Esq., U.S. Department of Justice, Washington, DC, Jeffrey K. Handy, Esq., Stephen J. Odell, Office of the U.S. Attorney, Portland, OR, James L. Sutherland, Esq., for Defendants–Appellees.

Roger R. Martella, Jr., Esq., Benjamin Longstreth, Esq., Timothy Racicot, Esq., U.S. Department of Justice, Washington, DC, for Defendants–Appellees and Defendants–Intervenor–Appellees.

Scott W. Horngren, Esq., Haglund Kirtley Kelley Horngren & Jones, LLP, Portland, OR, for Defendants–Intervenor–Appellees.

Before: BEEZER, HALL and SILVERMAN, Circuit Judges.

## MEMORANDUM **

This preliminary injunction appeal comes to us for review under Ninth Circuit Rule 3–3. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

We subject a district court's order regarding preliminary injunctive relief only to limited review. *Walzac v. EPL Prolong, Inc.*, 198 F.3d 725, 730 (9th Cir.1999). Our review of an order regarding a preliminary injunction "is much more limited than review of an order involving a permanent injunction, where all conclusions of law are freely reviewable." *Id.* A decision regarding a preliminary injunction is reviewed for abuse of discretion, which occurs only if the district court based its decision on either an erroneous legal standard or clearly erroneous factual findings. *Id.*

We cannot say that the district court abused its discretion here. We therefore affirm the district court's order vacating the preliminary injunction. Our disposition will affect the rights of the parties only until the district court renders final judgment. *Sports Form, Inc. v. United Press International*, 686 F.2d 750, 752 (9th Cir.1982). Senator Gordon Smith's motion to file an amicus curiae brief is granted.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.